ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
STEPHEN DENT Assistant United States Attorney (#17405)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
Saint George, Utah 84770
Telephone: (435) 634-4262 4265
Fax: (435) 634-4272

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. KAIDE EDWARD HALL, Defendant. | Case No. 4:21-cr-00079 <br><br> UNITED STATES' POSITION ON SENTENCING <br><br> Judge David Nuffer |
|---|---|

Pursuant to the District of Utah's Criminal Rule 32-1(b), the United States declares that it has no objections to the Presentence Report. Additionally, the United States is unaware of any matters in dispute.

DATED: November 15, 2021.

ANDREA T. MARTINEZ
Acting United States Attorney

*/s/Steve Dent*
STEVE DENT
Assistant United States Attorney

Certificate of Service

I certify that on the 15th day of November 2021, the foregoing UNITED STATES' POSITION ON SENTENCING was filed electronically and caused to be served by electronic notice or via first class mail, postage prepaid, to the following:

Ryan D. Stout
132 W. Tabernacle, Bldg. B
St. George, UT 84770
435-628-4411
ryanstout13@hotmail.com

/s/Michelle Smith
Michelle Smith, Legal Administrative Specialist